OPPENHEIMER, Appellant, v. VAN RAALTE et al., Respondents. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Louis Oppenheimer against Emanuel Van Raalte and another. E. H. Sykes, of New York City, for appellant. M. C. Katz, of New York City, for respondents. No opinion. Order modified, as stated in memorandum per curiam, and, as so modified, affirmed, without costs. Settle order on notice. Memorandum per curiam. See, also, 152 App. Div. 946, 137 N. Y. Supp. 1132.

In re ORICK. In re O'BRIEN. (Supreme Court, Appellate Division, First Department. April 25, 1913.) In the matter of Belle M. Orick. In the matter of Eliza G. O'Brien, deceased.

PER CURIAM. Order affirmed, with costs. Order filed.

INGRAHAM, P. J., dissents.

ORSINO, Respondent, v. ORSINO et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 25, 1913.) Action by Nunzio Orsino against Grace Orsino and others. No opinion. Motion denied, on condition that the appellants perfect their appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

OVERTON, Respondent, v. WILSON, Appellant, et al. (Supreme Court, Appellate Division, Second Department. April 25, 1913.) Action by William A. Overton against Arline A. Wilson, impleaded with others. No opinion. Motion for leave to appeal to the Court of Appeals (from 141 N. Y. Supp. 130) granted. Settle order on notice before Mr. Justice Burr.

OWENS v. CARNOCHAN, Respondent, et al. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by Laura Van Zandt Owens against Gouverneur M. Carnochan, as surviving executor and trustee, etc., impleaded with others. No opinion. Order affirmed, with $10 costs and disbursements.

PAISLEY, Respondent, v. MASON et al., Appellants. (Supreme Court, Appellate Division, First Department. April 18, 1913.) Action by Joseph E. Paisley against Julius J. Mason and another. R. E. L. Lewis, of New York City, for appellants. T. Gregory, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

PALLEY et al. v. DIME SAVINGS BANK OF BROOKLYN et al. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by Samuel Palley and others against the Dime Savings Bank of Brooklyn and others. No opinion. Judgment affirmed, with costs.

PALLEY et al. v. SMITH et al. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by Samuel Palley and others against Evelyn C. Smith and others. No opinion. Judgment affirmed, without costs.

In re PARKWAY. In re WOOLF. (Supreme Court, Appellate Division, First Department. May 23, 1913.) In the matter of the Parkway, etc. In the matter of Woolf. No opinion. Order affirmed, with $10 costs and disbursements, on Woolf v. Woolf, 131 App. Div. 751, 116 N. Y. Supp. 104, and Trowbridge v. Ehrich, 191 N. Y. 361, 84 N. E. 297. Order filed.

PARSHELSKY BROS., Inc., v. BUTCHER et al. (Supreme Court, Appellate Division, Second Department. April 18, 1913.) Action by Parshelsky Bros., Incorporated, against Edward Butcher, as trustee, etc., and others. No opinion. Order, in so far as appealed from, affirmed, with $10 costs and disbursements.

PEARSON v. BROADHEAD et al. (Supreme Court, Appellate Division, Fourth Department. April 30, 1913.) Action by Thomas Pearson against Almet N. Broadhead and another. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendants upon the nonsuit, with costs.

PECZCYNSKA, Respondent, v. STATLER'S RESTAURANT, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 30, 1913.) Action by Anna Peczcynska, an infant, etc., against Statler's Restaurant.

PER CURIAM. Judgment and order affirmed, with costs.

LAMBERT, J., not sitting.

PENSABENE, Respondent, v. F. & J. AUDITORE CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Action by Francesco Pensabene, as administrator, etc., against the F. & J. Auditore Company. No opinion. Motion granted, without costs. See, also, 140 N. Y. Supp. 1134.

PEOPLE, Respondent, v. ADELL, Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Proceeding by the People of the State of New York against John Adell. No opinion. Motion to dismiss appeal denied, on condition that appellant perfect his appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion granted. See, also, 141 N. Y. Supp. 1135.

PEOPLE, Respondent, v. ADELL, Appellant. (Supreme Court, Appellate Division, Second Department. May 9, 1913.) Proceeding by the People of the State of New York against John Adell. No opinion. Judgment of conviction of the Court of Special Sessions affirmed by default. See, also, 141 N. Y. Supp. 1135.